COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          DJ Christopher Lowe v. The State of Texas

Appellate case number:      01-14-00158-CR

Trial court case number:     10-DCR-055397

Trial court:                          400th Judicial District Court of Fort Bend County

On June 25, 2015, this Court had ordered appellant's appointed counsel, Mark W. Racer, to file motions to withdraw and to reinstate this appeal. On July 13, 2015, the Clerk of this Court received and filed appellant's counsel's motion to withdraw, which attached his *Anders* brief and the *Kelly* cover letter he had sent to appellant, dated November 20, 2014, enclosing the motion to withdraw and *Anders* brief, informing him of his right to submit a response, and enclosing a copy of the records. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967); *Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014) (requiring appointed counsel to provide notification to his client of his motion to withdraw and *Anders* brief along with informing him, among other things, of his right to request a copy of the record to file a *pro se* response). Although appellant's counsel did not include a separate motion to reinstate, it appears that he inadvertently failed to file the motion to withdraw with this Court when he served that motion on both the State and the appellant on November 20, 2014.

Accordingly, we **WITHDRAW** our June 2, 2015 Order of Abatement and **ORDER** the Clerk of this Court to **REINSTATE** this appeal. Because the trial clerk's letter, filed on March 4, 2015, in this Court, confirms that a copy of the appellate records was sent to appellant, the appellant is **ORDERED** to file a *pro se* response to his counsel's *Anders* brief, if any, **within 30 days** of the date of this order. *See* TEX. R. APP. P. 2, 38.6(d). If appellant fails to timely file a *pro se Anders* response, this Court may submit his appeal for determination without his response.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                              ☒ Acting individually     ☐ Acting for the Court
Date: July 28, 2015